No. 04–5552. LEMAN v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5553. SIMONS v. UNIVERSITY OF TULSA COLLEGE OF LAW ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–5554. THOMPSON v. NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–5556. TABOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5557. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5559. WOOTEN v. BATES. C. A. 6th Cir. Certiorari denied.

No. 04–5561. WALKER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–5563. CLARK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5565. CANNON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5566. CASHWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5567. CAUSER v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 04–5569. ALLEN v. POLK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–5572. MEZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5573. MEYER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–5576. TRUJILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5580. CALHOUN, AKA MARTIN v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.